**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 5 2013

JAMES W. McCORMACK, CLERK
By: _____ Saw
DEP CLERK

**KIMBERLY TURNER**                                                      **PLAINTIFF**

**VS.**                                NO. 4:13 cv 91 BSM

**CRETE CARRIER CORPORATION**                              **DEFENDANT**

## COMPLAINT

Plaintiff, for her complaint against defendant, states:

1.      Plaintiff is a citizen and resident of the Eastern District of Arkansas.

2.      Defendant is a corporation organized under the laws of Nebraska with its principal

place of business in Nebraska.     This case assigned to District Judge Miller
and to Magistrate Judge Volpe

3.      The amount in controversy, exclusive of interest and costs, exceeds $75,000.

4.      The events complained of herein occurred in the Eastern District of Arkansas.

5.      On July 7, 2012, plaintiff was driving her vehicle in a northerly direction on

Interstate 30 near E. 19th St. in North Little Rock, Arkansas. At the same time, Stacy Jeffress was

driving a tractor trailer rig in the same direction. Stacy Jeffers drove his tractor trailer rig into the

rear of plaintiff's vehicle.

6.      Stacy Jeffress was, at all relevant times, an agent or employee of the defendant

and the defendant is vicariously liable for his conduct.

7.      Stacy Jeffress was negligent in following too closely, traveling too fast for

existing conditions, failing to keep a proper lookout, and failing to yield the right of way.

8.      As a proximate result of the negligence of Stacy Jeffress, plaintiff has sustained

-1-

damages. She has incurred medical expenses and will do so in the future, has lost wages and will

do so in the future, has lost earning capacity, has suffered pain and mental anguish and will do so

in the future, has scars and disfigurement and has sustained a permanent injury.  She also

sustained property damage to her vehicle.

     9.     Plaintiff demands a trial by jury.

     WHEREFORE, plaintiff prays judgment against defendant in an amount in excess of

$75,000, for her cost and all other proper relief.

Respectfully submitted,

Timothy O. Dudley, #82055
114 South Pulaski Street
Little Rock, AR 72201
(501) 372-0080
Todudley@swbell.net

Mr. Lohnes Tiner
Tiner & Cobb
Attorneys at Law
107 North Gould
Harrisburg, AR 72432

BY: _____